# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MITCHELL,<br><br>               Petitioner,<br>    v.<br><br>JOSIE GASTELO,<br><br>               Respondent. | Case No. 2:19-cv-07476-ODW-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been made.

///
///
///
///
///
///
///

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Respondent's Motion to Dismiss the First Amended Petition on the ground of abstention pursuant to the *Younger* doctrine is granted; and (3) Judgment shall be entered denying the First Amended Petition and dismissing this action without prejudice.

DATED: February 26, 2020

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE