JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BERNARD MITCHELL,

               Petitioner,

    v.

JOSIE GASTELO,

               Respondent.

Case No. 2:19-cv-07476-ODW-MAA

**JUDGMENT**

     Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed without prejudice.

DATED:  February 26, 2020

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE